**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

Case No.: 22-CV-22484-JLK

PATHWARD, NATIONAL ASSOCIATION
f/k/a AFS/IBEX

    Plaintiff,

v.

OLIVE GLEN CONDOMINIUM
ASSOCIATION, INC.

    Defendant.
_____/

**NOTICE OF STRIKING FILINGS OF DOCUMENT ENTRIES 7 AND 8**

Pathward, National Association f/k/a AFS/IBEX, Plaintiff, by and through undersigned counsel, hereby strike the Certificate of Other Affiliates/Corporate Disclosure Statement [DE #7] (the "Certificate") and the Notice Estimating the Length of Time for Trial [DE #8] (the "Notice"), that were filed using the incorrect attorney log-in.  The Certificate and the Notice will be refiled in accordance to Section 3(J)(1) of CM/ECF Administrative Procedures and Local Rule 5.1(b) as instructed by the Clerk of this Court.

Dated this 10th day of August, 2022.

                                                **MARKOWITZ RINGEL TRUSTY & HARTOG, P.A.**
                                                9130 S. Dadeland Blvd., Suite 1800
                                                Miami, Florida 33156
                                                Tel:  (305) 670-5000 / Fax:   (305) 670-5011
                                                By: *s/ Adrian C. Delancy*
                                                     ADRIAN DELANCY
                                                     Fla. Bar No.: 75337
                                                     adelancy@mrthlaw.com
                                                   ALAN R. ROSENBERG
                                                   Fla. Bar No. 92004
                                                  arosenberg@mrthlaw.com

-and-

           **MILES & STOCKBRIDGE P.C.**
           100 Light Street
           Baltimore, Maryland 21202
           Phone:  (410) 385-3762
           Fax:     (410) 385-3700
           Email:   jperrell@milesstockbridge.com
           Joel L. Perrell, Jr.
           By: *s/ Joel L. Perrell, Jr.*
                JOEL L. PERRELL, JR.
                Md. Bar No.: 25550
                *(Admitted Pro Hac Vice)*
                jperrell@milesstrockbridge.com

*Attorneys for Pathward, National Association f/k/a AFS/IBEX*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by electronic mail on all counsel or parties of record on the Service List attached on August 10, 2022.

           By: *s/ Adrian Delancy*
               ADRIAN C. DELANCY
               Fla. Bar No.: 75337

**SERVICE LIST - 1:22-cv-22484-JLK**

**Counsels to Plaintiff:**

**By Notice of the Court has been electronically mailed to:**

Adrian Carlington Delancy:    adelancy@mrthlaw.com, ecfnotices@mrthlaw.com, gruiz@mrthlaw.com, mrthbkc@gmail.com, ycandia@mrthlaw.com

Alan Robert Rosenberg:    arosenberg@mrthlaw.com, gruiz@mrthlaw.com

**By electronic mail to:**

Joel L. Perrell , Jr: jperrell@milesstockbridge.com